FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3196-WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| HECTOR FLORES-ARCE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 28, 2007, within the Southern District of California, defendant HECTOR FLORES-ARCE, did knowingly and intentionally import 50 grams or more, to wit: approximately 11.9 kilograms (26.18 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  November 27, 2007 .

KAREN P. HEWITT
United States Attorney

/s/ John T. Weis

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/27/07