MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  Hector Flores-Arce                                          No.  07CR3196-WQH

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on _____ 12/18/07 _____ and ended on __ 03/10/08 _____ ; (        )

_____ and ended on _____ . (        )

3161(h)

___ (1)(A)        Exam or hrg for **mental or physical incapacity**                                A

___ (1)(B)        **NARA exam**ination (28:2902)                                                    B

___ (1)(D)        State or Federal trials or **other charges pending**                              C

___ (1)(E)        **Interlocutory appeals**                                                         D

___ (1)(F)        **Pretrial motions** (from flg to hrg or other prompt dispo)                      E

___ (1)(G)        **Transfers from other district** (per FRCrP 20, 21 & 40)                         F

___ (1)(J)        **Proceedings under advisement** not to exceed thirty days                        G

___               Misc proc:  Parole or prob rev, deportation, **extradition**                     H

___ (1)(H)        **Transportation** from another district or to/from examination                  6
                  or hospitalization in ten days or less

___ (1)(I)        Consideration by Court of **proposed plea agreement**                             7

___ (2)           **Prosecution deferred** by mutual agreement                                      I

___ (3)(A)(B)     **Unavailability of defendant** or **essential witness**                          M

___ (4)           Period of **mental or physical incompetence** of defendant to                    N
                  stand trial

___ (5)           Period of **NARA commitment or treatment**                                        O

___ (6)           **Superseding indictment and/or new charges**                                     P

___ (7)           **Defendant awaiting trial of co-defendant** when no severance                    R
                  has been granted

___ (8)(A)(B)     **Continuance**s granted per (h)(8)-use "T" alone if more than                    T
                  one of the reasons below are given in support of continuance

___ (8)(B)(I)     1) Failure to grant a **continuance** in the proceeding                           T1
                     would result in a **miscarriage of justice** and
                     the ends of justice outweigh the best interest
                     of the public and the defendant in a speedy trial.
                     **(Continuance - miscarriage of justice)**
 X                2) Failure to grant a **continuance** of the trial would result in
                     a miscarriage of justice as the defendant has tendered a
                     guilty plea to a magistrate judge and is awaiting a
                     determination as to whether the plea will be accepted.
                     **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)    2) **Case** unusual or **complex**                                                T2

___ (8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days        T3

___ (8)(B)(iv)    4) **Continuance** granted in order to obtain or substitute counsel,              T4
                     or give reasonable time to prepare
                     **(Continuance re counsel)**

___ 3161(I)       Time up to **withdrawal of guilty plea**                                          U

___ 3161(b)       **Grand jury indictment time extended** thirty (30) more days                     W

Date __ 12-18-07 __                                    _____
                                                              Judge's Initials